Thomas W. McLane, WSBA No. 12226
ALLEN & McLANE, P.C.
The Paulsen Center, Suite 421
421 W. Riverside Avenue
Spokane, WA 99201
Telephone: (509) 777-2211
Facsimile: (509) 777-2215

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STACY L. BOYD, RHONDA DOHERTY, and VIRGINIA SCHUTT,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SECURITY SERVICES OF IDAHO, INC.; and EUGENE WILSON, Individually,<br><br>    Defendants. | Case No.: CV-04-0448-EFS<br><br>**PROTECTIVE ORDER** |

The parties to this action, Plaintiffs STACY L. BOYD, RHONDA DOHERTY, and VIRGINIA SCHUTT ("Plaintiffs"), and Defendants SECURITY SERVICES OF IDAHO, INC.; and EUGENE WILSON, through their respective counsel, have stipulated to the entry of a

PROTECTIVE ORDER - Page 1

ALLEN & McLANE, P.C.
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215

Protective Order to preserve and maintain the confidentiality of medical records produced during the course of, and in connection with, matters arising out litigation between Plaintiffs Stacy L. Boyd, Rhonda Doherty, and Virginia Schutt and Defendants Security Services Of Idaho, Inc. and Eugene Wilson, presently pending in the United States District Court for the Eastern District of Washington, it is hereby ordered:

1.  Any and all medical records produced by either party during the course of discovery, trial preparation, trial or settlement negotiations in this case (hereinafter "medical records") shall be "CONFIDENTIAL".  Medical records shall not be used, shown, disseminated, copied or in any way communicated to anyone for any purpose whatsoever, other than as required in the judgment of counsel for the preparation and trial of this action.  Except as provided for in the paragraphs below, the parties shall keep all medical records and the information contained therein confidential from all persons.

1.	<u>Access to Medical Records Produce During Litigation.</u>

Except upon further order of a court of competent jurisdiction, medical records shall be held in strict confidence and shall be used

PROTECTIVE ORDER - Page 2

ALLEN & McLANE, P.C.
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215

solely for the purposes of prosecution or defense of this litigation. Access to medical records shall be limited to:

(a) the Court, including any Court personnel assisting the Court, stenographers or other persons involved in taking or transcribing court or deposition testimony in this action, and members of the jury;

(b) Plaintiffs, Defendants and their counsel of record and paralegal, clerical and secretarial employees of counsel of record;

(c) the officers, directors or employees of a party participating in the prosecution, defense, settlement or other disposition of this action;

(d) mediators, consultants, experts or litigation support services, including outside copying services, retained by a party for the purpose of assisting that party in this action provided such persons agree in writing to abide and be bound by the terms of this Order in the form attached hereto as Exhibit A;

(e) potential witnesses, provided such persons agree in writing to abide and be bound by the terms of this Order in the form attached hereto as Exhibit A;

PROTECTIVE ORDER - Page 3

ALLEN & McLANE, P.C.
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215

(f)　any person who is an author, addressee, or recipient of, or who previously had access to, the Confidential Information;

(g)　deposition witnesses who agree in writing to abide by and be bound by the terms of this Order in the form attached hereto as Exhibit A;

(h)　any other person designated by the Court.

2.　<u>Copy and Storage of Medical Records.</u>

No party shall, for itself or for any person or persons acting on its behalf, make more copies of any medical records than are reasonably necessary to conduct this litigation. Except as otherwise provided for in this Confidentiality Agreement, medical records shall remain in possession of counsel for the respective parties or the parties themselves, and be stored in a secure place.

3.　<u>Use of Medical Records.</u>

Should any party hereto seek to utilize any medical records at trial or a hearing in this matter, that party shall meet with counsel for the other parties in an effort to agree upon a procedure to insure the confidentiality of such medical records. In the event counsel are unable to reach agreement, the matter will be submitted to the Court.

PROTECTIVE ORDER - Page 4

**ALLEN & McLANE, P.C.**
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215

Any party to this litigation who uses medical records in any deposition shall advise the reporter and counsel of such use during the course of the deposition or at any time thereafter. Portions of any deposition using or referring to medical records are to be filed with the Court under seal, bearing substantially the following designation: "Portions of this deposition were taken subject to a Confidentiality Agreement. These portions shall remain sealed until further agreement of the parties." Whenever any medical record is identified as an exhibit in connection with testimony given in this case, it shall be marked as "CONFIDENTIAL" and separately filed under seal with the Court.

4.  <u>Filing Under Seal.</u>

Any medical records used or submitted to the Court in conjunction with any filing or proceeding in this litigation, shall be marked as "CONFIDENTIAL" and separately filed under seal with the Court.

5.  <u>Procedures Upon Termination of Action.</u>

Within fourteen (14) business days following any final settlement or the running of any applicable time to appeal the final order entered in this litigation, all parties shall either (i) return to the person who produced such materials all copies of all medical records obtained through discovery in this action or (ii) certify to that person

PROTECTIVE ORDER - Page 5

ALLEN & McLANE, P.C.
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215

that all such materials have been destroyed. Copies of medical records that have been filed with the Court may be returned to the filing party by the Clerk of the Court, or destroyed.

6. <u>Effect of Order.</u>

This Order shall not affect the right of any party to oppose production of Discovery Materials on any ground permitted by the Federal Rules of Civil Procedure, including any applicable privilege. Moreover, this Order shall not affect the scope of discovery by any party that is not otherwise proper under the Federal Rules of Civil Procedure.

7. <u>Continuing Jurisdiction.</u>

All provisions of the Protective Order shall continue to be binding after the conclusion of this action unless subsequently modified by agreement between the parties or order of the court and the court shall retain jurisdiction of this matter for the purpose of enforcing this Protective Order.

SO ORDERED this __6th__ day of June, 2006.

s/ Edward F. Shea
Judge Edward F. Shea
United States District Judge

PROTECTIVE ORDER - Page 6

ALLEN & McLANE, P.C.
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215

**EXHIBIT A**

CONSENT TO PROTECTIVE ORDER

I have reviewed the terms of this Protective Order and agree to keep confidential all medical records and the information contained therein, and agree to be bound by the terms of the Protective Order.

_____
Signature of Person Receiving Access to Medical Records

PROTECTIVE ORDER - Page 7

**ALLEN & McLANE, P.C.**
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215